UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TANYA LACKEY, DALE NICOLINI, | * | CIVIL ACTION NO. 11-cv-01087 |
| JAMES BOLD, ROBERT GAY, | * | |
| ALFRED HAMILTON and JOHN | * | SECTION "H" |
| SMITH, ET AL. | * | |
| | * | JUDGE JANE TRICHE MILAZZO |
| Plaintiffs, | * | |
| | * | MAGISTRATE JUDGE KAREN ROBY |
| VERSUS | * | |
| | * | |
| SDT WASTE & DEBRIS SERVICES, | * | |
| LLC, SIDNEY D. TORRES, IV, JASON | * | |
| McDANIEL AND HENRY GONLAG | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs and Defendants, representing all parties to this action, appear through the undersigned counsel and present this Joint Motion for Approval of Settlement as follows:

1. As explained on the record at the Fairness Hearing held on August 25, 2014, as well as in subsequent correspondence and discussions in chambers, the parties to this collective action arising under the Fair Labor Standards Act have reached an arms-length settlement, resolving all issues in this case.

2. The parties submitted to the Court their proposed Settlement Agreement and Notice to participating plaintiffs on September 24, 2014. A revised Exhibit D to the Settlement Agreement was submitted to the Court on September 25, 2014.

3. In view of the foregoing and the arguments presented at the Fairness Hearing, the parties request an Order approving the Settlement Agreement of the parties.

Respectfully submitted,

CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX

*Russell L. Foster*
_____
I. HAROLD KORETZKY, T.A. (#7842)
RUSSELL L. FOSTER (#26643)
SETH E. BAGWELL (#33713)
1100 Poydras Street, Suite 3100
New Orleans, Louisiana  70163-3100
Telephone:  (504) 585-3802

ATTORNEYS FOR DEFENDANTS
SDT WASTE & DEBRIS SERVICES, LLC,
SIDNEY D. TORRES, IV, JASON MCDANIEL
AND HENRY GONLAG


-  AND  -

/s/ Victor R. Farrugia_____
VICTOR R. FARRUGIA
FARRUGIA LAW FIRM,. LLC
1100 Poydras Street
Suite 2010
New Orleans, LA 70163
Telephone:  (504) 525-0250

ATTORNEY FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Joint Motion for Approval of Settlement has been served upon all counsel by way of the Court's electronic filing and notification system, this 25th day of September 2014.

_____
RUSSELL L. FOSTER